# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00118-CV

### In re Michael Sweeney

### ORIGINAL PROCEEDING FROM LLANO COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).
Relator's motion for emergency stay is also denied.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed: April 15, 2022